UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

LENA LASHER,                            :
              Plaintiff,          :
                                        :
       v.                             :   No. 2:17-cv-04117
                                        :
MICHAEL FARRELL, Esquire;               :
JOHN DETWILER, Esquire;                 :
and KANE AND ASSOCIATES;                :
              Defendants.        :
_____

# O R D E R

**AND NOW**, this 21st day of February, 2020, upon consideration of Defendant Michael Farrell's Motion to Dismiss for Failure to File a Certificate of Merit, ECF No. 82, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss for Failure to State a Claim, ECF No. 82, is **GRANTED in part and DENIED in part.**

2. Plaintiff shall have **sixty days**, until **April 21, 2020**, to file a Certificate of Merit against all remaining Defendants. No extensions shall be granted.

3. If Plaintiff fails to file her Certificate of Merit within sixty days, her case will be closed.

                                                   BY THE COURT:

                                                   */s/ Joseph F. Leeson, Jr.*_____
                                                   JOSEPH F. LEESON, JR.
                                                   United States District Court