# THE BRENT LAW FIRM, PC
## Adam L. Brent, Esq.
### 120 North 8th Street, Vineland, NJ
Mailing: P.O. Box 267
Franklinville, NJ 08322
Phone (609) 204-0100

**INVOICE**

Invoice # 66
Date: 11/02/2015
Due On: 12/02/2015

*Licensed to Practice in NJ and PA

Lena Lasher
16 Patton Street
High Bridge, NJ 08829

## Licensure

| Date | Type | Description | Hours | Rate | Discount | Total |
|---|---|---|---|---|---|---|
| 09/29/2015 | Service | Associate: Meeting with client and Attorney Adam Brent; debriefing and strategy conference after the meeting | 1.10 | $205.00 | 100.0% | $0.00 |
| 09/29/2015 | Service | Att'y Adam Brent: Meeting with client and debriefing with Associate | 1.10 | $425.00 | - | $467.50 |
| 10/09/2015 | Service | Associate: Research into successful answers to an Order to Show Cause | 2.30 | $205.00 | - | $471.50 |
| 10/12/2015 | Service | Associate: Draft the pleading requesting a formal administrative hearing and the answer to the Order to Show Cause | 1.40 | $205.00 | - | $287.00 |
| 10/15/2015 | Service | Att'y Adam Brent: Review drafts of the Respondent's Answer to the Order to Show Cause and the letter requesting a formal administrative hearing | 1.50 | $425.00 | - | $637.50 |
| 10/19/2015 | Service | Associate: Emails to Att'y Adam Brent, Att'y J. Michael Farrell, and client scheduling a meeting for Friday, October 23, 2015 | 0.40 | $205.00 | - | $82.00 |
| 10/20/2015 | Service | Att'y Adam Brent: Emails to Associate and client regarding meeting on Friday, October 23, 2015 and client's hearing in New York. | 0.30 | $425.00 | - | $127.50 |
| 10/20/2015 | Service | Associate: Review of Documents sent by client | 3.00 | $205.00 | - | $615.00 |
| 10/20/2015 | Service | Att'y Adam Brent: Review of Documents sent by client | 2.30 | $425.00 | 50.0% | $488.75 |
| 10/21/2015 | Service | Associate: Review of Documents from client | 0.90 | $205.00 | - | $184.50 |
| 10/21/2015 | Service | Att'y Adam Brent: Review of Documents from client | 1.00 | $425.00 | 50.0% | $212.50 |

| Date | Type | Description | Hours | Rate | Discount | Amount |
|---|---|---|---|---|---|---|
| 10/22/2015 | Service | Associate: Review of documents from client | 0.50 | $205.00 | - | $102.50 |
| 10/22/2015 | Service | Att'y Adam Brent: Review of documents from client | 0.40 | $425.00 | - | $170.00 |
| 10/23/2015 | Service | Associate: Meeting with client and Attorney J. Michael Farrell | 1.10 | $205.00 | - | $225.50 |
| 10/23/2015 | Service | Att'y J. Michael Farrell: Meeting with client and Associate | 0.90 | $450.00 | - | $405.00 |
| 10/26/2015 | Service | Associate: Emails to Attorney Adam Brent, Attorney J. Michael Farrell, and client requesting a meeting on November 6, 2015 | 0.20 | $205.00 | - | $41.00 |
| 10/26/2015 | Service | Att'y Michael Farrell: Review permit review historical records and independent review of underlying indictment | 4.50 | $450.00 | - | $2,025.00 |
| 10/27/2015 | Service | Associate: Review of Documents from client | 2.50 | $205.00 | 100.0% | $0.00 |
| 10/27/2015 | Service | Att'y Adam Brent: Review of documents from client | 0.90 | $425.00 | 100.0% | $0.00 |
| 10/28/2015 | Service | Associate: Review of document from client | 0.10 | $205.00 | - | $20.50 |
| 10/29/2015 | Service | Att'y Adam Brent: Review of document from client | 0.10 | $425.00 | - | $42.50 |
| 11/02/2015 | Service | Admin: File Correspondence, Calendaring, Transcriptions, Correspondence, etc. (9/29/15 - 11/2/15) | 3.90 | $95.00 | - | $370.50 |

| | | |
|---|---|---|
| Hours Subtotal | 30.4 | |
| Line Item Discount Subtotal | | -$1,821.75 |
| Total Hours | 30.4 | |
| Total | | $6,976.25 |
| Payment (11/04/2015) | | -$5,000.00 |
| Balance Owing | | $1,976.25 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 66 | 12/02/2015 | $6,976.25 | $5,000.00 | $1,976.25 |
| | | | Outstanding Balance | $1,976.25 |
| | | | Total Amount Outstanding | $1,976.25 |