# THE BRENT LAW FIRM, PC
## Adam L. Brent, Esq.
### 120 North 8th Street, Vineland, NJ

Mailing: P.O. Box 267
Franklinville, NJ 08322
Phone (609) 204-0100

**\*Licensed to Practice in NJ and PA**

August 21, 2015

*Sent Via Email:* lenalasher@yahoo.com
Lena T. Congtang
16 Patton Street
High Bride, NJ 08829

Re: License Suspension – Retainer [Pennsylvania]

Dear Ms. Congtang:

1. **Legal Services to be provided.** You are retaining The Brent Law Firm to represent you before the State Board of Pharmacy in your license suspension issue and/or other work assigned by you. The legal work includes all necessary negotiation, correspondence, preparation and drafting of corporate documents, conferences in person and/or by telephone with you and with others, and related work to properly represent you in this matter.

2. **Additional Legal Services.** If you need any other legal services that may or may not be related to the above matter, you and the Law Firm may enter into a new retainer agreement to provide for such services. Without a new retainer agreement, we are not required to provide any additional services. The Law Firm shall not be obligated to represent you on any appeal without first entering into a new retainer agreement. The Law Firm shall have the right to demand an additional retainer deposit for any matter not covered by this Agreement.

3. **Legal Fees.** The Law Firm will represent the client pursuant to agreement listed below:.

    a. **Retainer Deposit.** The Law Firm will begin work on your case upon receipt of a non-refundable retainer deposit of **$5,000.00** ("Retainer Deposit"). The Retainer Deposit will be used to secure payment of your fees and expenses in accordance with the terms of this Agreement. The Retainer Deposit will be for a flat fee and client will not charged for any additional work unless an attorney from the firm has to make more than three court appearances for your matter.

1

b. **Flat Fee.** You agree to pay the Law Firm for legal services:

*Any additional legal services to be provided at the following rate:

Attorneys.....................$200.00/Hour
Associates....................$105.00/Hour
Paralegal.....................$55.00/Hour

4. **All Services will be billed.** You will be billed as set forth in Paragraph 3b for all services rendered. This includes telephone calls, dictating and reviewing letters, travel time to and from meetings and the Court, legal research, negotiations and any other services relating to this matter.

5. **Your Responsibility.** You must fully cooperate with the Law Firm and provide all information relevant to the issues involved in the Matter. You must also pay all bills as required by the Agreement. If you do not comply with these requirements, we may ask the Court for permission to withdraw from representing you. The Law Firm will also withdraw at your request.

6. **No Guarantee.** The Law Firm agrees to provide conscientious, competent and diligent services and at all times will seek to achieve solutions, which are just and reasonable for you. However, because of the uncertainty of legal proceedings, the interpretation and changes in the law and many unknown factors, the Law Firm cannot and does not warrant, predict or guarantee results or the final outcome of any case.

7. **Forum/Costs.** This Agreement shall be governed and construed in accordance with the laws of the State of New Jersey. The parties hereby irrevocably consent to the personal jurisdiction of the courts of the State of New Jersey and of the United States of America sitting in New Jersey for any controversy that may arise under any provision of this Agreement. The parties hereby waive any defense of improper venue *or forum non-conveniens*. Each Party agrees that any action concerning this Agreement or any part of it shall be first brought in the Superior Court of the State of New Jersey, Middlesex County. The prevailing party in any litigation brought in connection with this Agreement shall be entitled to recover reasonable costs, including attorney's fees, expenses and court costs.

8. **No Waiver.** No delay or omission by either party hereto in exercising any right occurring upon any noncompliance or default by the other party with respect to any of the terms of this Agreement shall impair any such right or power or be construed to be a waiver thereof.

9. **Signatures.** You and the Law Firm have read and agree to the above stated terms. The Law Firm answered all of your questions and fully explained this agreement to your complete satisfaction. You have been given a copy of this agreement.

Very truly yours,

2

Adam L. Brent, Esq.

Please indicate that you have read the above and accept the terms as outlined here.

_LenaCongTang_ /                                    _8/24/2015_
Lena T. Congtang                                    Date

3

Helen H. Congtang
60 Potomac Dr
Basking Ridge, NJ 07920

1093
55-760/0312
343

Date: 8/20/2015

Pay to the Order of: THE BRENT LAW FIRM, PC    $5000.00/100

Five thousand and 000/100 — Dollars

**PNCBANK**
PNC Bank, N.A. 060

For: Lena T. Congtang

⑆031207607⑆ 8035985336⑈ 1093

```
===============================
        HIGH BRIDGE
      10 MC DONALD ST
        HIGH BRIDGE
            NJ
         088299998
08/24/2015    (800)275-8777    4:36 PM
===============================
Product           Sale      Final
Description        Qty      Price

PM Exp 1-Day        1      $16.95
    (Domestic)
    (FRANKLINVILLE, NJ  08322)
    (Weight:0 Lb 1.10 Oz)
    (Signature Waiver)
    (Scheduled Delivery Day)
    (Tuesday 08/25/2015 03:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EK715616291US)
PM Exp              1       $0.00
Insurance
    (Up to $100.00 included)
Signature           1       $0.00
Waived

Total                      $16.95
Credit Card Remitd         $16.95
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX0687)
    (Approval #:024301)
    (Transaction #:237)

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************

All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business

       HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
    https://postalexperience.com/Pos

       or scan this code with
         your mobile device:
```



```
      or call 1-800-410-7420.

          YOUR OPINION COUNTS
```

